UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERTO DEJESUS,   PLAINTIFF,



      -against-           22-CV-9559(CS)

V.SANTIAGO;P.DELOVIC;R.MAYES;
F.COTTO;A.RODRIGUEZ,
            DEFENDANT(S).

PLAINTIFF, who is currently incarcerated at Auburn correctional Facility,im writing because plaintiff fial his pro se action under 42 U.S.C.§ 1983 within 90 days but i have not yet received the summonses or a reply to my complaint. why the summonses have not yet been issued to the defendant(s)?.

        i hope you con reply to me and let me know whats going on or what i have to do.thank you for your time and help on this matter.

MAY 7th,2023

RESPECTFULLY,

ROBERTO DEJESUS
AUBURN CORR.FAC.
P.O.BOX 618
AUBURN,   NEW   YORK

TO:PRO SE INTAKE UNIT
300 QUARROPAS STREET.
WHITE PLAINS, N.Y. 10601



AUBURN CORRECTIONAL FACILITY
P.O. BOX 618
AUBURN, NEW YORK 13024

NAME: **ROBERTO DEJESUS**  DIN: **12A0084**

"LEGAL MAIL"

RECEIVED MAY 10 2023 U.S.D.C. W.P.

SYRACUSE NY 130
8 MAY 2023 PM 2

AUBURN CORRECTIONAL FACILITY

TO: PRO SE INTAKE UNIT
300 QUARROPAS STATE
WHITE PLAINS, N.Y. 10601-4140

RECEIVED MAY 10 2023 PRO SE OFFICE

ZIP 13021
US POSTAGE $000.60