

RECEIVED JUN 05 2023 U.S.D.C. W.P.

Roberto DeJesus #12A0084
Auburn Corr Facility
P.O. Box 618
Auburn, N.Y. 13024

May 29th, 2023

Pro Se Intake Unit
United States District Court
Southern District of N.Y.
300 Quarropas Street
White Plains, N.Y. 10601

RE: <u>Roberto DeJesus v. Santiago et al.</u>
<u>22-CV-09559(CS)</u>

RECEIVED JUN 05 2023 PRO SE OFFICE

Dear Intake Unit

Please Be Advise that I am forwarding this letter to Respectfully Requesting that it be Reviewed and considered...

I'm writing Because I want to know if I can put a motion for discovery or do I have to wait on tell all the Defendant's ~~becas~~ Be served? For me to Request for Documents

Pro Se Intake Unit
May 29th, 2023
Page # 2.

From the Defendant's? and what paper work I have to file to get Document's? Thank you for your time and help in this important matter God Bless!!!

Respectfully
Roberto DeJesus.

AUBURN CORRECTIONAL FACILITY
P.O. BOX 618
AUBURN, NEW YORK 13024
NAME: Roberto DeJesus    DIN: 12A0084

To: Pro Se Intake Unit
United States District Court
Southern District of N.Y.
300 Quarropas Street
White Plains N.Y. 10601