**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ROBERTO DE JESUS | 22-cv-09559 |
| DEFENDANT | TYPE OF PROCESS |
| V. SANTIAGO, et al. | Amended Summons/Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
A. Rodriguez, Acting Director of S.H.U.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
DOCCS, 1220 Washington Ave. (Building 2) Albany, New York 12226-2050

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Roberto DeJesus, 12-A-0084
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
S. Harrold
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER

DATE: 2/13/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Erica Twomey, OSST Counsel

Date: 05/31/2023   Time: 0830   [ ] am [ ] pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy:

Costs shown on attached USMS Cost Sheet >>

REMARKS:

Form USM-285
Rev. 03/21

UNITED STATE MARSHALS SERVICE
SERVICE OF PROCESS
COST OF SERVICE

CASE # 22-cv-9559       F
TYPE OF PROCESS  S+C
ADDRESS/CITY  1220 Washington Ave, Albany, NY
DEPUTY  M. Tracey

ATTEMPT #1
DATE 05/31/2023   START TIME 0830 hrs   END TIME 1000 hrs
DUSM(S)  2   x  2   X $65.00  =  $130
         (number)  (Hours)
ROUND TRIP MILEAGE  14   X $~~.585~~  =  $9.17

ATTEMPT #2
DATE _____   START TIME _____   END TIME _____
DUSM(S) _____ X _____ X $65.00  = _____
        (number)  (Hours)
ROUND TRIP MILEAGE _____   X $.585  = _____

ATTEMPT #3
DATE _____   START TIME _____   END TIME _____
DUSM(S) _____ X _____ X $65.00  = _____
        (number)  (Hours)
ROUND TRIP MILEAGE _____   X $.585  = _____

Forward Fee (if Applicable) _____
Parking/Tolls _____
Other Expenses (Specify) _____
TOTAL COST _____

Rev 1/2022