UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERTO DEJESUS,

                         Plaintiff,

-against-

V. SANTIAGO; P. DELOVIC; R. MAYES; F. COTTO; A. RODRIGUEZ,

                         Defendants.

22-CV-9559 (CS)

ORDER

CATHY SEIBEL, United States District Judge:

      The U.S. Marshals Service has attempted to serve Defendants R. Mayes, A. Rodriguez, and A. Santiago, but was unsuccessful because these Defendants no longer work at Sing Sing Correctional Facility. (*See* ECF Nos. 22-24.) It has also been unsuccessful in serving Defendant F. Cotto. (*See* ECF No. 17.) Accordingly, the New York State Attorney General is ordered to provide Plaintiff with the current addresses and locations of Defendants Mayes, Rodriguez, and Santiago by August 24, 2023.

      The Clerk of Court is directed to send this order to the Attorney General of the State of New York at 28 Liberty Street, 16th Floor, New York, NY 10005.

SO ORDERED.

Dated:  July 24, 2023
           White Plains, New York

                                              CATHY SEIBEL
                                        United States District Judge