UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DeJesus,

                                    Plaintiff(s),                                        **O R D E R**

                    -against –                                                      7:22-CV-09559 (CS)

Santiago et al,

                                    Defendant(s).
-----------------------------------------------------------X

Seibel, J.

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

**The Clerk is directed to terminate ECF # 108.**

      **SO ORDERED**.

Dated: March 4, 2026

      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.